■ GERALDINE DI NARDO, Respondent, v. BUFFALO SLAG COMPANY, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Supreme Court for plaintiff in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CURTIS STOKES, Appellant.— Order reversed and matter remitted to the Erie County Court for a hearing. Memorandum: The record presents questions of fact that should be determined at a hearing. (*People* v. *Richetti,* 302 N. Y. 290.) All concur. (Appeal from an order of Erie County Court denying petitioner's application for a writ of error *coram nobis.*) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ JOSEPH A. FIRSCHING, JR., et al., Respondents, v. CENTRAL NEW YORK POWER CORPORATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. VAUGHAN, J., not voting. (Appeal from an order of Oneida Special Term denying defendant's motion for an order directing plaintiffs to furnish a further bill of particulars.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ MILDRED A. FOTCH, Appellant, v. ADOLPHUS Y. ZOLLINGER et al., Doing Business under the Name of ZOLLINGER TRAILER COMPANY, Respondents, et al., Defendant. WALTER G. FOTCH, Appellant, v. ADOLPHUS Y. ZOLLINGER et al., Doing Business under the Name of ZOLLINGER TRAILER COMPANY, Respondents, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See *ante,* p. 755.]

■ In the Matter of the Accounting of PHILIP M. LIEBSCHUTZ et al., as Executors of EVA B. KLONICK, Deceased, Respondents. RALPH KLONICK et al., Appellants; ANDREW G. CELLI, as Special Guardian, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See *ante,* p. 756.]

■ In the Matter of the Accounting of JACKLYN M. LAFLER, as Administratrix of the Estate of WILLIAM T. LAFLER, Deceased, Respondent. JOHANNA O'BRIEN, Appellant.— Motion granted and order of reversal entered December 29, 1955, amended *nunc pro tunc,* by disapproving and reversing a certain finding of fact and by making a new finding of fact. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ. [See *ante,* p. 84.]

■ In the Matter of the Accounting of JOSEPH S. RIPPEY, as Executor of CORNELIUS F. CROMBACH, Deceased, Respondent. LILLIAN Y. DALBERTH, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, J. P., Kimball, Wheeler and Williams, JJ. [See *ante,* p. 758.]

■ ROBERT J. McMASTER et al., Plaintiffs, v. VERNON WORTHY, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS DEWEY LANNING, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed. (Order entered Jan. 11, 1956.)